UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Parlux Fragrances, Inc.**
**Plaintiff,**

CASE NO. 12-60276-CIV-WPD

v.

**Gripping Eyewear, Inc.**
**Defendant.**
_____/

# GRIPPING EYEWEAR'S MOTION TO
# SET ASIDE CLERK'S DEFAULT

Pursuant to Federal Rule 55(c), Defendant, Gripping Eyewear, Inc. ("GEI"), hereby files this Motion to Set Aside the Clerk's Default, and would respectfully show the Court as follows:

## *PRELIMINARY STATEMENT*

The Clerk's Default recently entered against GEI should be set aside because GEI did not willfully miss its deadline to file an answer; rather, it believed in good faith that its answer was due twelve (12) days after the Default was entered. Further, setting aside the Default will result in no prejudice to Plaintiff, Parlux Fragrances, Inc. ("Parlux"), as this suit is still at its inception. For these reasons, GEI's motion to set aside the Clerk's Default should be granted.

The factual background and arguments and authorities in support of this Motion are set forth in the accompanying Memorandum of Law being filed

1

simultaneously herewith.

                                        Respectfully submitted,

 s/ Scott R. Shepherd
Scott R. Shepherd (Florida Bar No. 69655)
Nathan C. Zipperian (Florida Bar No. 61525)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
1640 Town Center
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email:  sshepherd@sfmslaw.com
        nzipperian@sfmslaw.com

Mitchell A. Toups
WELLER, GREEN, TOUPS
& TERRELL, L.L.P.
Post Office Box 350
Beaumont, Texas 77704
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
Email:  matoups@wgttlaw.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF CONFERENCE**

 I hereby certify that pursuant to Local Rule 7.1(a)(3), I conferred with opposing counsel regarding this Motion. Opposing counsel (counsel for Plaintiff, Parlux) is opposed to this Motion.

      /s/ Mitchell A. Toups
      Mitchell A. Toups

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record on May 31, 2012 through the ECF filing system and by email.

        /s/  Scott R. Shepherd
        Scott R. Shepherd