UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60276-CIV-DIMITROULEAS

PARLUX FRAGRANCES, INC.,
a Delaware corporaton,

    Plaintiff,

vs.

GRIPPING EYEWEAR, INC.,
a Texas corporation,

    Defendant.
_____/

## ORDER VACATING CLERK'S ENTRY OF DEFAULT

THIS CAUSE is before the Court upon Defendant Gripping Eyewear, Inc.'s Motion to Set Aside Clerk's Default [DE 16], filed herein on May 31, 2012.  The Court has carefully considered the Motion and is otherwise fully advised in premises.

Accordingly, for good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Gripping Eyewear, Inc.'s Motion to Set Aside Clerk's Default [DE 16] is hereby **GRANTED**;

2. The Clerk's Entry of Default [DE 15] is hereby **VACATED**;

3. Defendant Gripping Eyewear, Inc. shall file its answer on or before June 8, 2012.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of June, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record